UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX CICCOTELLI,<br><br>   Plaintiff,<br><br>  v.<br><br>KENTUCKY BANCSHARES, INC., B. PROCTOR CAUDILL, JR., LOUIS PRICHARD, EDWIN S. SAUNIER, HENRY HINKLE, JACK W. OMOHUNDRO, TED MCCLAIN, ROBERT G. THOMPSON, WOODFORD S. VAN METER, MARY MCDOWELL HOSKINS, SHANNON ARVIN, H. MEYER MERGER SUBSIDIARY, INC., and STOCK YARDS BANCORP, INC.,<br><br>   Defendants. | Case No. 1:21-cv-03865-LAP |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 2, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
   Seth D. Rigrodsky
   Timothy J. MacFall
   Gina M. Serra
   Vincent A. Licata
   825 East Gate Boulevard, Suite 300
   Garden City, NY 11530
   Telephone: (516) 683-3516
   Email: sdr@rl-legal.com
   Email: tjm@rl-legal.com
   Email: gms@rl-legal.com
   Email: vl@rl-legal.com

   *Attorneys for Plaintiff*